IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERCEPT PHARMACEUTICALS, INC. and INTERCEPT PHARMA EUROPE LTD., <br><br> Plaintiffs, <br><br> v. <br><br> ZENARA PHARMA PRIVATE LIMITED, <br><br> Defendant. | C.A. No. 22-1215-MN |

**DEFENDANT ZENARA PHARMA PRIVATE LIMITED'S RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Zenara Pharma Private Limited ("Zenara"), by and through its counsel, respectfully states as follows:

Zenara's parent corporation is Biophore India Pharmaceuticals Private Ltd. Biophore India Pharmaceuticals Private Ltd. has no parent corporation. No publicly held corporation owns 10% or more of the stock of Zenara or Biophore India Pharmaceuticals Private Ltd.

*Of Counsel*:

Dmitry V. Shelhoff
Kenneth S. Canfield
Edward D. Pergament
Julia S. Kim
PERGAMENT & CEPEDA LLP
25A Hanover Road, Suite 104
Florham Park, NJ 07932
(973) 998-7722
dshelhoff@pergamentcepeda.com
kcanfield@pergamentcepeda.com
epergament@pergamentcepeda.com
jkim@pergamentcepeda.com

Dated: February 1, 2023

 /s/ Benjamin J. Schladweiler
Benjamin J. Schladweiler (#4601)
Renée Mosley Delcollo (#6442)
GREENBERG TRAURIG, LLP
222 Delaware Ave., Suite 1600
Wilmington, DE 19808
(302) 661-7000
schladweilerb@gtlaw.com
renee.delcollo@gtlaw.com

*Attorneys for Defendant Zenara Pharma Private Limited*