IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| INTERCEPT PHARMACEUTICALS, INC. and INTERCEPT PHARMA EUROPE LTD., | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | C.A. No. 22-1215 (MN) |
| ZENARA PHARMA PRIVATE LIMITED, | ) ) | |
| Defendant. | ) | |

## STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the deadline for the parties to submit a proposed protective order for the Court's consideration (D.I. 16, ¶3) shall be extended to February 17, 2023.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | GREENBERG TRAURIG, LLP |
|---|---|
| /s/ *Lucinda C. Cucuzzella* | /s/ *Benjamin J. Schladweiler* |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>Lucinda C. Cucuzzella (#3491)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE  19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com<br>ccucuzzella@morrisnichols.com | Benjamin J. Schladweiler (#4601)<br>222 Delaware Avenue, Suite 1600<br>Wilmington, DE  19801<br>(302) 661-7000<br>schladweilerb@gtlaw.com<br><br>*Attorneys for Defendant* |
| *Attorneys for Plaintiffs* | |

February 10, 2023

SO ORDERED this \_\_\_\_ day of _____, 2023.

_____
UNITED STATES DISTRICT JUDGE