IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTERCEPT PHARMACEUTICALS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ZENARA PHARMA PRIVATE LIMITED, ) <br> ) <br> Defendant. ) | C.A. No. 22-1215 (MN) <br> CONSOLIDATED |

**CONSENT JUDGMENT**

Intercept Pharmaceuticals, Inc. (hereinafter "Intercept"), and Zenara Pharma Private Limited (hereinafter "Zenara"), the parties in the above-captioned action, have agreed to terms and conditions representing a negotiated settlement of this action and have set forth those terms and conditions in a Settlement Agreement (the "Settlement Agreement").  Now the parties, by their respective undersigned attorneys, hereby stipulate and consent to entry of judgment and an injunction in this action as follows:

IT IS this _____ day of _____, 2024:

ORDERED, ADJUDGED AND DECREED as follows:

1. This District Court has jurisdiction over the subject matter of the above action and has personal jurisdiction over the parties.

2. As used in this Consent Judgment, (i) the term "Zenara Products" shall mean the 5 mg and 10 mg obeticholic acid drug products sold, offered for sale or distributed pursuant to Abbreviated New Drug Application No. 214855 (and defined in greater detail in the Settlement Agreement); and (ii) the term "Affiliate" shall mean, with respect to a Party, any entity or person that, directly or indirectly through one or more intermediaries, controls, is controlled by, or is under common control with such Party.  For purposes of this definition, "control" means (a)

ownership, directly or through one or more intermediaries, of (i) more than fifty percent (50%) of the shares of stock entitled to vote for the election of directors, in the case of a corporation, or (ii) more than fifty percent (50%) of the equity interests in the case of any other type of legal entity or status as a general partner in any partnership, or (b) any other arrangement whereby an entity or person has the right to elect a majority of the board of directors or equivalent governing body of a corporation or other entity or the right to direct the management and policies of a corporation or other entity.

3. Except as specifically authorized pursuant to the Settlement Agreement, Zenara, including any of its Affiliates, successors and assigns, is enjoined from making, having made, using, selling, offering to sell, importing or distributing the Zenara Products.

4. Nothing herein prevents FDA from granting final approval to ANDA No. 214855.

5. Compliance with this Consent Judgment may be enforced by Intercept and its successors in interest, or assigns, or by Zenara and its successors in interest, or assigns, as permitted by the terms of the Settlement Agreement.

6. This District Court retains jurisdiction to enforce or supervise performance under this Consent Judgment and the Settlement Agreement.

7. All claims, counterclaims, affirmative defenses and demands in this action are hereby dismissed with prejudice and without costs, disbursements or attorneys' fees to any party.

We hereby consent to the form and entry of this Order:

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | GREENBERG TRAURIG, LLP |
| */s/ Jeremy A. Tigan* | */s/ Benjamin J. Schladweiler* |
| Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com | Benjamin J. Schladweiler (#4601)<br>Renée Mosley Delcollo (#6442)<br>222 Delaware Avenue<br>Suite 1600<br>Wilmington, DE 19801<br>(302) 661-7000<br>schladweilerb@gtlaw.com<br>renee.delcollo@gtlaw.com |
| OF COUNSEL: | OF COUNSEL: |
| Christopher Sipes<br>Jeffrey B. Elikan<br>Megan Keane<br>Douglas A. Behrens<br>Eric R. Sonnenschein<br>Priscilla G. Dodson<br>Alexander Trzeciak<br>Daniel Farnoly<br>Laura Marie Martin<br>Jia Hui Jiang<br>COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth Street NW<br>Washington, DC 20001-4956<br>(202) 662-6000 | Dmitry V. Shelhoff<br>Kenneth S. Canfield<br>Edward D. Pergament<br>PERGAMENT & CEPEDA LLP<br>25A Hanover Road, Suite 104<br>Florham Park, NJ 07932<br>(973) 998-7722<br>dshelhoff@pergamentcepeda.com<br>kcanfield@pergamentcepeda.com<br>epergament@pergamentcepeda.com<br><br>*Attorneys for Defendant Zenara Pharma Private Limited* |
| *Attorneys for Plaintiff Intercept Pharmaceuticals, Inc.* | |

March 6, 2024

SO ORDERED this _____ day of _____, 2024.

_____
Maryellen Noreika, U.S.D.J.

3